UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHMUEL LOWENBEIN, DOVI LOWENBEIN and MENDEL REIZES on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>Defendant. | **Civil Action No.: 11-cv-4535** |

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Shmuel Lowenbein, Dovi Lowenbein and Mendel Reizes and Defendant NCO Financial Systems, Inc. ("NCO") hereby jointly stipulate to the dismissal with prejudice of Plaintiffs' claims against NCO with each side to bear its own fees and costs.

Dated: June__6__, 2012.

/s/ Adam J. Fishbein
_____
Adam J. Fishbein, Esq.
483 Chestnut Drive
Cedarhurst, NY 11516
Telephone No. (516) 791-4400
fishbeinadamj@gmail.com
Attorney for Plaintiffs
Shmuel Lowenbein, Dovi
Lowenbein & Mendel Reizes

/s/ Aaron R. Easley
_____
Aaron R. Easley, Esq.
Sessions Fishman Nathan & Israel, LLC
200 Route 31 North, Suite 203
Flemington, NJ  08822-5736
Telephone No.: (908) 751-5940
aeasley@sessions-law.biz
Attorneys for Defendant
NCO Financial Systems, Inc.